PROB 12B
(7/93)

Report Date: April 4, 2008

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 07 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brett Eugene Hellenberg     Case Number: 2:05CR00159-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 8/7/2006     Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)     Date Supervision Commenced: 8/7/2006

Original Sentence: Prison - 1 Days; TSR - 48 Months     Date Supervision Expires: 8/6/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27   You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising probation officer.

## CAUSE

Recent contact with the sex offender therapist and offender suggest that the above-mentioned modification is appropriate. Brett Hellenberg commenced a three-year term of supervised release on August 7, 2006, in the Eastern District of Washington.

In September 2006, a psychosexual evaluation on the above-named individual was prepared by Bryan Stanfill. Both the offender and provider concurred that treatment is necessary to address his ongoing needs. At the time of sentencing, the Court imposed sexual deviancy therapy and mental health counseling. Essentially, the condition as outlined above will augment probation's efforts to minimize any potential risk to individuals in the community.

Mr. Hellenberg was asked and he signed the attached waiver of hearing and is in agreement to modify his conditions of supervision if the Court is inclined to do so. It is noted that the offender's defense counsel, Dutch Wetzel, was also consulted by the undersigned officer.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervision be adopted, requiring Brett Hellenberg to adhere to the added special condition of his supervision.

Prob 12B
**Re: Hellenberg, Brett Eugene**
**April 4, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4-4-08

_Tommy R_____
Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_April 6, 2008_
Date